IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID N. JAMES                                                                                    PLAINTIFF

v.                                    Case No. 4:16-cv-00835 KGB

ERIC CHEATDUM, *et al.*                                                                   DEFENDANTS

## ORDER

On June 30, 2017, the Court entered an Order granting plaintiff David N. James' motion to proceed *in forma pauperis* and screening Mr. James' complaint (Dkt. No. 7). The Court found:

> [W]ith respect to the defendant Mr. James identifies as the Chief of Police of the North Little Rock Police Department, the Clerk cannot issue summons, and the Marshal is unable to serve unknown persons. Mr. James is permitted to engage in limited discovery consistent with the Federal Rules of Civil Procedure, if necessary, to try to determine the name of the person he identifies as the Chief of Police. Once Mr. James is able to identify this defendant by name and address, he must notify the Court so that service can be ordered, if appropriate.

(*Id.*, at 7). On July 10, 2017, Mr. James filed a response to the Court's Order providing the name and address for the person he believes is the North Little Rock Chief of Police (Dkt. No. 8). In the light of Mr. James' filing, the Court directs the Clerk of the Court to substitute Mike Davis for the John Doe defendant in this action. The Clerk of the Court shall prepare summons for Mr. Davis, and the United States Marshal is hereby directed to serve a copy of the complaint and summons on Mr. Davis without prepayment of fees and costs or security therefor. Service for Mr. Davis should be through the North Little Rock Police Department, 200 West Pershing, North Little Rock, Arkansas 72114.

So ordered this the 13th day of July, 2017.

_____
Kristine G. Baker
United States District Judge