IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID N. JAMES                                                                                       PLAINTIFF

v.                              Case No. 4:16-cv-00835-KGB

ERIC CHEATHAM, *et al.*                                                                          DEFENDANTS

**ORDER**

Before the Court is a motion for status update filed by plaintiff David N. James (Dkt. No. 25). Mr. James, detained at the Pulaski County Detention Facility, brings this *pro se* 42 U.S.C. § 1983 action against defendants Eric Cheatham and Mike Davis. By prior Order, the Court stayed these proceedings until such time as Officer Cheatham returns from active military duty pursuant to the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C.S. §3901, *et seq*. (Dkt. No. 24). In its Order, the Court noted Officer Cheatham's report date as May 5, 2017, for a 365 day period of active duty (*Id*., at 2). As such, based on information before the Court, Officer Cheatham's period of active duty may be completed.

In response to Mr. James' motion, the Court directs counsel for defendants to inform the Court in writing within 10 days from the entry of this Order on the status of Officer Cheatham's active duty military service and the status of this matter.

So ordered this the 5th day of July, 2018.

Kristine G. Baker
United States District Judge