# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID N. JAMES**                                                                              **PLAINTIFF**

**v.**                          **Case No. 4:16-cv-00835-KGB**

**ERIC CHEATHAM,** *et al.*                                                                     **DEFENDANT**

## ORDER

Before the Court is plaintiff David N. James' motion for status update (Dkt. No. 25). The Court grants Mr. James' motion (*Id.*). On July 26, 2018, defendant Eric Cheatham filed an answer to the complaint (Dkt. No 31). The Court lifts the stay, permits this case to proceed, and will enter by separate order an Amended Final Scheduling Order setting new pretrial deadlines and a trial date.

So ordered this 9th day of October, 2018.

                                                              Kristine G. Baker
                                                              United States District Judge