## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID N. JAMES**                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:16-cv-00835-KGB**

**ERIC CHEATHAM,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that the Court enters judgment in favor of defendants. The Court dismisses with prejudice plaintiff David N. James's claims. Mr. James's request for relief is denied.

So ordered this 12th day of September, 2019.

_____
Kristine G. Baker
United States District Judge